UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY HENDERSON, JR.,<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASCUNCION, Warden,<br><br>Respondent. | No. CV 17-1489-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Respondent's motion to dismiss is granted and that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: 12/15/17

ANDREW J. GUILFORD
United States District Judge