UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY ANDERSON, JR., <br> Petitioner, <br> v. <br> DEBBIE ASCUNCION, Warden, <br> Respondent. | NO. CV 17-1489-AG (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: 12/15/17

_____
ANDREW J. GUILFORD
United States District Judge